No. 10-5083. Gary B. Martin, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

562 U.S. 902, 131 S. Ct. 393, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6135.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 164.

No. 10-5084. Russell Moddison, Petitioner v. United States.

562 U.S. 902, 131 S. Ct. 238, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6251.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 473.

No. 10-5085. Corey Louis Hines, Petitioner v. Marty C. Anderson, et al.

562 U.S. 903, 131 S. Ct. 238, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6320.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-5086. Tarence Hill, Petitioner v. Raymond Byrd, Warden.

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6472.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5087. Kent C. Foster, Petitioner v. Jennifer L. Sargus, et al.

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6254.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5088. Thomas Clinton, Petitioner v. California.

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6335.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-5089. Mark Vannausdle, Petitioner v. Pierce County Department of Assigned Counsel, et al.

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6257,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 149 Wash. App. 1054.

No. 10-5090. Sean Harvey, Petitioner v. Pennsylvania.

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6437.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 972 A.2d 553.